FILED
2018 Feb-28 PM 02:39
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | |
|---|---|
| ABEY BALEKIER, | ) |
| Petitioner, | ) |
| v. | ) Case No. 4:18-cv-0251-MHH-JEO |
| JEFF SESSIONS, et al., | ) |
| Respondents. | ) |

## **MEMORANDUM OPINION**

In his 28 U.S.C. § 2241 petition for writ of habeas corpus, petitioner Abey Balekier challenges the legality of his continued detention by federal immigration authorities pending his removal from the United States under the Immigration and Nationality Act, 8 U.S.C. § 1101 *et seq.* (*See* Doc. 1). *See generally Zadvydas v. Davis*, 533 U.S. 678 (2001). The respondents have filed a motion to dismiss the habeas petition as moot. (Doc. 4).

Mr. Balekier was released from ICE custody under an order of supervision on February 27, 2018. (Doc. 4-1). Consequently, Mr. Balekier's habeas petition for release under an order of supervision or for repatriation is moot because the Court no longer may provide meaningful relief. *See Nyaga v. Ashcroft*, 323 F.3d 906, 913 (11th Cir. 2003); *Soliman v. United States ex rel. INS*, 296 F.3d 1237, 1242-43 (11th Cir. 2002).

The Court will enter a separate order dismissing this action as moot.

**DONE** and **ORDERED** this February 28, 2018.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE